No. 764. MAKAH INDIAN TRIBE *v.* UNITED STATES. Court of Claims. Certiorari denied. *J. Duane Vance* for petitioner. *Solicitor General Cox* and *Roger P. Marquis* for the United States.

No. 766. ROGERS *v.* NORFOLK & WESTERN RAILWAY Co. Supreme Court of Appeals of Virginia. Certiorari denied. *Louis B. Fine* and *Howard I. Legum* for petitioner. *Thomas R. McNamara* for respondent.

No. 771. LOWREY ET AL. *v.* MALKOWSKI ET AL. Supreme Court of Illinois. Certiorari denied. *Irving Eisenberg* and *Paul I. Baikoff* for petitioners.

No. 779. CIRCLE LINE SIGHTSEEING YACHTS, INC., *v.* CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied. *Warner Pyne* and *William A. Wilson* for petitioner. *Seymour B. Quel* for respondent.

No. 780. SUPERIOR OIL Co. *v.* UNITED GAS IMPROVEMENT Co. ET AL. C. A. 9th Cir. Certiorari denied. *R. B. Voight* and *H. W. Varner* for petitioner. *J. David Mann, Jr., William W. Ross* and *John E. Holtzinger, Jr.* for United Gas Improvement Company, and *Kent H. Brown* for Public Service Commission of New York, respondents. *David Berger* and *Robert M. Beckman* filed a brief for the City of Philadelphia, as *amicus curiae,* in opposition to the petition.

No. 784. GARFINKEL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.